UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTINE DE VOLK,**

    **Plaintiff,**

v.                                              **Case No.  8:04-cv-1275-T-30EAJ**

**JBC LEGAL GROUP, PC, et al.,**

    **Defendants.**

_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Plaintiff's Motion for an Award of Attorney's Fees (Dkt. #30) and Defendants' response thereto (Dkt. #33).  The parties filed a notice of settlement of this Fair Debt Collection Practices Act case on April 21, 2005.  The only dispute before the Court is the reasonableness of Plaintiff's attorneys fees.

    This Court finds that Plaintiff's Motion should be granted, but that the amount of attorney's fees should be reduced.  Specifically, the hourly rate of Plaintiff's attorney should be reduced from $300.00 per hour to $250.00 per hour.  Additionally, the total number of hours should be reduced from 38.25 hours to 12.7 hours because there were numerous items listed on the attorney's time records that are of a secretarial nature or that otherwise are not compensable.[1]

---

[1] For example, one entry dated January 11, 2005, involved the making of travel arrangements for a deposition, and another entry dated January 24, 2005, involved the cancellation of travel arrangements and a telephone call to a court reporter's office.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for an Award of Attorney's Fees (Dkt. #30) is **GRANTED**.

2. Plaintiff is awarded $3175.00 in attorney's fees and $330.00 in costs.

3. Plaintiff's Motion to Reopen Case (Dkt. #28) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida on May 24, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-1275 Motn Attorneys Fees.wpd